JS 45 (1/96)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

CRIMINAL CASE COVER SHEET

| **Division of Filing** | | | **Place of Offense** | **Matter to be Sealed** |
|---|---|---|---|---|
| ☒ Western | ☐ | St. Joseph | Jackson | ☐ Secret Indictment |
| ☐ Central | ☐ | Southern | County | ☐ Juvenile |
| ☐ Southwestern | | | | |

**Defendant Information**
Defendant Name       Andrew M. Jones
Alias Name
Birthdate            11/19/1982

**Related Case Information**
Superseding Indictment/Information ☐Yes ☒No
if yes, original case number _____

New Defendant                ☒Yes ☐No
Prior Complaint Case Number, if any _____

**U.S. Attorney Information**
AUSA  Katharine Fincham

**Interpreter Needed**
☐ Yes      Language and/or dialect _____
☒ No

**Location Status**
Arrest Date ____
☐ Currently in Federal Custody
☐ Currently in State Custody    Writ Required ☐ Yes ☐ No
☐ Currently on bond

**U.S.C. Citations**
Total # of Counts   3

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 18:2252.F/6300/4 | Sexual Exploitation of Minors | 1, 2, 3 |
| 2 | | | |
| 3 | | | |

Date   4/20/2011    Signature of AUSA   /s/ Katharine Fincham