UNITED STATES OF AMERICA

v.             Case No.  11-00101-01-CR-W-DW

ANDREW M. JONES

AUSA: Kathy Fincham
Defense Atty.:

| JUDGE | **Sarah W. Hays** United States Magistrate Judge | DATE AND TIME | **April 21, 2011** 2:45-2:55 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Dorothy Myers | TAPE/REPORTER | FTR, dm |
| INTERPRETER | None | PRETRIAL/PROB: | Tim M. Hair |

## CLERK'S MINUTES

### INITIAL APPEARANCE INDICTMENT

( X )   Custody Assumed        ( )   Voluntarily Surrendered

         Date: 4/21/11

         Place: K.C, MO

Defendant advised:
1. Of the charge;
2. That he/she is not required to make any statement and that any statement made by him/her may be used against him/her in Court;
3. Of his/her right to retain counsel and to request assignment of counsel if he/she is unable to obtain counsel; and
4. Of his/her right to bail or, if no bail is set, to a detention hearing to determine if he/she is a flight risk or a danger to persons or the community.

( x )   Arraignment set for April 28, 2011 at 1:45 p.m.

BAIL

( )   Bail not set; a motion for detention hearing and for continuance of hearing filed by Government
( )   Motion for pretrial detention hearing granted; defendant temporarily detained pending detention hearing set for .
( )   Defendant remanded to the custody of the U.S. Marshal

( x )   Bond Set: Personal Recognizance
( x )   Conditions of release read to the defendants.

COUNSEL

( x )   On 4/21/11 defendant sworn and examined as to his/her financial ability to employ counsel. Information recorded on Affidavit of Financial Status.

    ( x )   Federal Public Defender appointed.
    (   )   CJA Counsel appointed.
    (   )   Defendant RETAINS counsel: