IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

v.          Case No.   11-00101-01-CR-W-DW

ANDREW M. JONES

AUSA: Kathy Fincham
Defense Atty.: Laine Cardarella

| JUDGE | **Sarah W. Hays**<br>United States Magistrate Judge | DATE AND TIME | **April 28, 2011**<br>1:45 - 1:50 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Dorothy Myers | TAPE/REPORTER | FTR, dm |
| INTERPRETER | | PRETRIAL/PROB: | |

# CLERK'S MINUTES

## ARRAIGNMENT

( x )     Defendant charged in counts 1-3 of a 3 Count indictment
( x )     Defendant waived reading of the indictment.
(   )     The count(s) of the indictment applicable to the defendant was read to the defendant.
( x )     Defendant was informed of the maximum punishment for each applicable count of the indictment.
( x )     Defendant entered a plea of not guilty to each count of the indictment applicable to him/her.

## ORDERS

(   )     Defendant ordered committed back to custody of U.S. Marshal.
( x )     Defendant ordered released on a continuing bail bond.
( x )     Case ordered set for trial on the joint criminal jury trial docket which commences
            <u>June 27, 2011</u>

( x )     Scheduling conference set on June 9, 2011 at 10:45 a.m.

(   )     Discovery Order handed to all counsel.

(   )     Defense shall file any pretrial motions within ten days from this date; government responses due seven days after motion filed.  In lieu of a scheduling conference, counsel are to meet within two weeks and submit Proposed Stipulations and Orders to chambers for filing.  If parties will not be ready for trial by the scheduled docket, a motion for continuance for a date certain should be filed as soon as possible.

( )  All stipulations, motions, responses, Reports and Recommendations and orders apply to the superseding indictment.

( )  The Government is reminded that ECF calculates deadlines under civil rules and those deadlines do not apply to this case. Failure to file a response within 7 days of the filing of the motion, regardless of when ECF says a response is due, may result in the motion being granted as unopposed.