IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA,

          Plaintiff,

v.                                          Case No. 11-00101-01-CR-W-DW

ANDREW M. JONES,

          Defendant(s).

## ORDER SETTING SCHEDULING CONFERENCE

A Scheduling Conference is set for **June 9, 2011 @ 10:45 a.m.** Prior to the conference, the parties are to have conferred about the case and the type of discovery that will be involved. If based upon this discussion, counsel believe they will not be ready for trial on the initial trial setting established at the arraignment, the party requesting the continuance must file prior to the Scheduling Conference a motion for continuance asking for a trial setting on a particular docket. **If counsel fails to file a written motion for continuance prior to the time of the scheduling conference, the scheduling conference will not be heard and will be rescheduled.** The parties are encouraged to be very realistic in assessing how much time will be necessary to prepare the case for trial. The Court anticipates selecting a trial setting at the Scheduling Conference as the result of the input of the parties. **The parties should expect the case to be tried, if the case is not otherwise resolved, on the trial docket selected at the Scheduling Conference.** Barring an unforeseen or unexpected occurrence, the Court does not anticipate granting any further continuance to the parties who participated in the initial Scheduling Conference.

                                                                  /s/ Sarah W. Hays
                                                                  SARAH W. HAYS
                                                                  United States Magistrate Judge