IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

v.  Case No.  11-00101-01-CR-W-DW

ANDREW M. JONES

AUSA: Kathy Fincham
Defense Atty.: Laine Cardarella

| JUDGE | **Sarah W. Hays** United States Magistrate Judge | DATE AND TIME | **May 12, 2011** 11:23 - 11:27 am |
|---|---|---|---|
| DEPUTY CLERK | Dorothy Myers | TAPE/REPORTER | FTR, dm |
| INTERPRETER | None | PRETRIAL/PROB: | |

# CLERK'S MINUTES

SCHEDULING CONFERENCE

( x )  Government counsel appears in person
( x )  Defense counsel appears in person
( x )  Defendant appears in person

( x )  Motion for Continuance filed by defendant requesting trial to be reset to January 9, 2012.

( x )  Defense counsel gives further explanation as to why continuance of trial from the June 27, 2011 trial docket is necessary.

( x )  No objection by the defendant.

( x )  No objection by government counsel.

( x )  Discovery issues discussed.

( x )  Defendant requests pretrial motions to be filed by August 31, 2011. Government responses due within fourteen (14) days from the date the motion is filed.