IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

In Re: Criminal Trial Docket
**January 9, 2012**

## ORDER SETTING PRETRIAL CONFERENCES

### I. PRETRIAL CONFERENCES

The following criminal actions are set for pretrial conferences before United States Magistrate Judge Sarah W. Hays on **Tuesday, December 20, 2011,** commencing at the times shown below. The conferences will be held in Courtroom 6E, United States Courthouse, 400 E. 9th Street, Kansas City, Missouri. Each defendant is required to be present at his or her conference along with the attorneys who will try the case.

**A**. **Schedule Of Pretrial Conferences**

**Tuesday, December 20, 2011**

| | | |
|---|---|---|
| 11-00072-01-CR-W-GAF | United States | Justin Davids |
| 9:00a | v. | |
| **CUSTODY** | Preston Carter | Byron Woehlecke |
| | | |
| 11-00121-02-CR-W-DW | United States | Charles Ambrose |
| 9:20a | v. | |
| **BOND** | Francisco Gonzalez | Alex McCauley |
| | | |
| 11-00139-01-CR-W-DGK | United States | Ryan Hershberger |
| 9:40a | v. | |
| **CUSTODY** | Gabriel Gonzalez-Celestin | Bill Raymond |

| | | |
|---|---|---|
| 10-00166-01-CR-W-HFS<br>10:00a<br>**CUSTODY**<br>**Interpreter needed** | United States<br>v.<br>Giovani Crisolis-Gonzalez | Patrick Daly<br><br>Melanie Morgan |
| 11-00019-01-CR-W-DGK<br>10:20a<br>**BOND** | United States<br>v.<br>MacAuther Woods | Patrick Daly<br><br>Susan Dill |
| 11-00101-01-CR-W-ODS<br>10:40a<br>**BOND** | United States<br>v.<br>Andrew M. Jones | Katharine Fincham<br><br>Laine Cardarella |
| 11-00098-01-CR-W-FJG<br>11:00a<br>**CUSTODY** | United States<br>v.<br>Anthony Deloney | Paul Becker<br><br>Steve Moss |
| 11-0202-01-CR-W-ODS<br>11:20a<br>**CUSTODY** | United States<br>v.<br>Allen L. Fox | Catherine Connelly<br><br>Lance Sandage |
| 11-00205-01-CR-W-DW<br>11:40a<br>**BOND** | United States<br>v.<br>Teresa Witthar | David Ketchmark<br><br>F.A. White, Jr. |
| 11-00189-01-CR-W-ODS<br>12:00p<br>**CUSTODY**<br>**Interpreter needed** | United States<br>v.<br>Erika J. Bonilla-Turcios | Trey Alford<br><br>Paul Franco |
| 11-00181-01-CR-W-DW<br>1:00p<br>**CUSTODY** | United States<br>v.<br>Dominic Rickett | Paul Becker<br><br>Travis Poindexter |

| | | |
|---|---|---|
| 11-00176-01-CR-W-DGK | United States<br>v. | Sara Holzschuh |
| 1:20p<br>**CUSTODY** | Travis Martin | Steve Moss |
| | | |
| 11-00175-01-CR-W-GAF | United States<br>v. | Teresa Moore |
| 1:40p<br>**CUSTODY** | Robert D. Lunsford | Steve Moss |
| | | |
| 11-00214-01-CR-W-DGK | United States<br>v. | Sara Holzschuh |
| 2:00p<br>**CUSTODY** | Justin L. Harrison | Laine Cardarella |
| | | |
| 11-00151-01-CR-W-HFS | United States<br>v. | Sara Holzschuh |
| 2:20p<br>**CUSTODY** | Andrew L. Morgan | Bill Raymond |

B. **Agenda For Pretrial Conferences**

Counsel are instructed to be prepared to discuss the following issues at the pretrial conferences:

1. Anticipated questions of admissibility of evidence;

2. Any other questions of law on which the parties desire pretrial rulings;

3. Facts or circumstances requiring a larger than normal jury panel (more than 45);

4. Pending motions;

5. Estimated trial time;

6. Discovery problems;

3

7. Possible stipulations **(counsel should have proposed stipulations available for review and signature by the parties at the conference)**;

8. Number of exhibits to be offered at trial**;**

9. Number of witnesses to be called at trial**;**

10. Changes of plea or dismissal of charges.

Unless given a special setting, each of these cases is set for trial on the joint criminal jury trial docket commencing **January 9, 2012.**

### C. Pleas

Regarding possible changes of plea, it is

ORDERED that counsel for a defendant who intends to change his/her plea from "not guilty" to "guilty" or "nolo contendere" shall immediately call the Courtroom Deputy of the assigned District Judge at the telephone numbers listed below so that a change of plea hearing can be set before the District Judge. Counsel shall then immediately notify the chambers of the undersigned at 816-512-5775 of the date of the scheduled change of plea. **THE DEFENDANT WILL NOT BE REMOVED FROM THE PRETRIAL CONFERENCE DOCKET UNLESS THE UNDERSIGNED'S CHAMBERS IS NOTIFIED BY COUNSEL.** It is further

**ORDERED that unless a change of plea hearing is set before a district judge, parties will attend the scheduled pretrial conference.**

        /s/  *SARAH W. HAYS*
        SARAH W. HAYS
        United States Magistrate Judge

| DISTRICT JUDGE | COURTROOM DEPUTY | PHONE |
| --- | --- | --- |
| Fernando J. Gaitan, Jr. | Rhonda Enss | 816-512-5644 |
| Ortrie D. Smith | Eva Will-Fees | 816-512-5659 |
| Gary A. Fenner | Tracy Diefenbach | 816-512-5674 |
| Nanette K. Laughrey | Renea Kanies | 816-512-5689 |
| David G. Kays | Alex Francis | 816-512-5629 |
| Scott O. Wright | Kelly McIlvain | 816-512-5744 |
| Howard F. Sachs | Tina Duer | 816-512-5614 |
| Dean Whipple | Tracy Diefenbach | 816-512-5674 |