IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

In Re: Criminal Trial Docket
**February 13, 2012**

## ORDER SETTING PRETRIAL CONFERENCES

### I. PRETRIAL CONFERENCES

The following criminal actions are set for pretrial conferences before United States Magistrate Judge Sarah W. Hays on **Tuesday, January 31, 2012,** commencing at the times shown below. The conferences will be held in Courtroom 6E, United States Courthouse, 400 E. 9th Street, Kansas City, Missouri. Each defendant is required to be present at his or her conference along with the attorneys who will try the case.

#### A. Schedule Of Pretrial Conferences
#### Tuesday, January 31, 2012

| | | |
|---|---|---|
| 11-00101-01-CR-W-ODS | United States | Katharine Fincham |
| 9:00a | v. | |
| **BOND** | Andrew M. Jones | Laine Cardarella |
| | | |
| 11-00175-01-CR-W-GAF | United States | Teresa Moore |
| 9:20a | v. | |
| **CUSTODY** | Robert D. Lunsford | Steve Moss |

| | | |
|---|---|---|
| 11-00155-01-CR-W-HFS | United States | Sara Holzschuh |
| | | Christina Tabor |
| | v. | |
| 9:40a | | |
| **CUSTODY** | John S. Goodrich | Larry Pace |

| | | |
|---|---|---|
| 10-6025-01-CR-SJ-HFS | United States | Jalilah Otto |
| -02- | | |
| -03- | | |
| -04- | | |
| -06- | | |
| -09- | | |
| | **v.** | |
| 10:00a | | |
| **CUSTODY** | Victor Ortega-Escobedo | Anita Burns |
| **BOND** | Manuel Cervantes | Ron Hall |
| **CUSTODY** | Joseph Monteil | Tony Miller |
| **BOND** | Brian Rhynes | P.J. O'Connor |
| **BOND** | Mark Bungart | Heath Stuart |
| **BOND** | Jerid James | Lisa Nouri |
| **BOND** | Carmen D. Kearney | Kenton Hall |

| | | |
|---|---|---|
| 11-00064-02-CR-W-DW | United States | Bruce Rhoades |
| | v. | |
| 10:20a | | |
| **BOND** | Martina Kartman | Lance Sandage |

| | | |
|---|---|---|
| 11-00172-01-CR-W-ODS | United States | Christina Tabor |
| | v. | |
| 10:40a | | |
| **BOND** | Joseph M. Johnson | Travis Poindexter |

| | | |
|---|---|---|
| 11-00201-01-CR-W-GAF | United States | Bruce Rhoades |
| | v. | |
| 11:00a | | |
| **CUSTODY** | Arnisa Nicole Brooks | Scott Toth |

| | | |
|---|---|---|
| 11-00075-01-CR-W-ODS | United States | David Barnes |
| | v. | |
| 11:20a | | |
| **BOND** | William Gray | P.J. O'Connor |

| | | |
|---|---|---|
| 11-00162-01-CR-W-HFS -02- 11:40a **BOND** **BOND** | United States v. Vavega Tialino Toaono Tialino | Dan Nelson William Carnes William Carnes |
| 11-00005-02-CR-W-GAF 12:00p **CUSTODY** | United States v. Javon Turner | Mike Green David Johnson |
| 11-00038-01-CR-W-GAF 1:00p **CUSTODY** | United States v. Tyrone Harris | Christina Tabor Pro Se Ronna Holloman-Hughes (Standby Counsel) |

## B. Agenda For Pretrial Conferences

Counsel are instructed to be prepared to discuss the following issues at the pretrial conferences:

1. Anticipated questions of admissibility of evidence;

2. Any other questions of law on which the parties desire pretrial rulings;

3. Facts or circumstances requiring a larger than normal jury panel (more than 45);

4. Pending motions;

5. Estimated trial time;

6. Discovery problems;

7. Possible stipulations **(counsel should have proposed stipulations available for review and signature by the parties at the conference);**

8. Number of exhibits to be offered at trial**;**

9. Number of witnesses to be called at trial**;**

10. Changes of plea or dismissal of charges.

Unless given a special setting, each of these cases is set for trial on the joint criminal jury trial docket commencing **February 13, 2012.**

### C. Pleas

Regarding possible changes of plea, it is

ORDERED that counsel for a defendant who intends to change his/her plea from "not guilty" to "guilty" or "nolo contendere" shall immediately call the Courtroom Deputy of the assigned District Judge at the telephone numbers listed below so that a change of plea hearing can be set before the District Judge. Counsel shall then immediately notify the chambers of the undersigned at 816-512-5775 of the date of the scheduled change of plea. **THE DEFENDANT WILL NOT BE REMOVED FROM THE PRETRIAL CONFERENCE DOCKET UNLESS THE UNDERSIGNED'S CHAMBERS IS NOTIFIED BY COUNSEL. It is further**

**ORDERED** that unless a change of plea hearing is set before a district judge, parties <u>will</u> attend the scheduled pretrial conference.

    <u>**/s/** SARAH W. HAYS</u>
    SARAH W. HAYS
    United States Magistrate Judge

| **DISTRICT JUDGE** | **COURTROOM DEPUTY** | **PHONE** |
|---|---|---|
| Fernando J. Gaitan, Jr. | Rhonda Enss | 816-512-5644 |
| Ortrie D. Smith | Eva Will-Fees | 816-512-5659 |
| Gary A. Fenner | Tracy Diefenbach | 816-512-5674 |
| Nanette K. Laughrey | Renea Kanies | 816-512-5689 |
| David G. Kays | Alex Francis | 816-512-5629 |
| Scott O. Wright | Kelly McIlvain | 816-512-5744 |
| Howard F. Sachs | Tina Duer | 816-512-5614 |
| Dean Whipple | Tracy Diefenbach | 816-512-5674 |