UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

CRIMINAL MINUTES - CHANGE OF PLEA

United States of America                                Case Number: 11-00101-01-CR-W-ODS

v.                                                      Date: 02/27/2012

Andrew M. Jones

Honorable Ortrie D. Smith presiding at Kansas City, Missouri

Time commenced: 1:30 p.m.            Time terminated: 2:00 p.m.

     Plaintiff                Appearances             Defendant
     Katharine Fincham                                       Laine Cardarella

**PROCEEDINGS:**
Defendant appears to change her/his plea from not guilty to __X__ guilty ____ nolo contendere on count(s) 2 of the Indictment.
\_\_\_\_\_ Rule 20 plea.
\_\_\_\_\_ Defendant waives indictment and signs waiver form.
\_\_\_\_\_ Waiver of indictment filed.
\_\_\_\_\_ Information filed.
Indictment and range of punishment is: __X__ read _____ waived.
__X__ Defendant sworn.
__X__ Court questions defendant regarding his/her physical and mental condition. Defendant advised of right to trial by jury, maximum and minimum terms of incarceration and fine ranges.
__X__ Plea agreement filed.
\_\_\_\_\_ Oral plea agreement.
\_\_\_\_\_ No plea agreement.
__X__ Court accepts defendant's plea.
\_\_\_\_\_ Court rejects defendant's plea.
__X__ Court orders Presentence Investigation (PSI).
__X__ Defendant remanded custody U.S. Marshal.
\_\_\_\_\_ Defendant remain bond

REMARKS: Sentencing date - Thursday, 05/10/2012 at 11:00 a.m.
.

Court Reporter: Cynthia Johnson                            Eva Will-Fees, Courtroom Deputy