# Placement of Sentences Under U.S.S.G. § 2G2.2 – FY 2011

The tables on the following pages show the number and percentages of defendants receiving various types of sentences under U.S.S.G. §2G2.2. The first two tables show placement relative to the guideline range for defendants 1) in all criminal history categories (CHC) combined, and 2) in each criminal history category separately. Note that over 82% of defendants sentenced under this guideline are in CHCI, and that the majority of defendants in CHCI receive a sentence below the guideline range that was not sponsored by the government.

The next set of tables indicates placement within the range for offenders within CHCI who also receive some of the most common upward specific offense level adjustments under the guideline. Statistics available at the Commission's website indicate that the adjustments under (b)(2) (victim under the age of 12), (b)(4) (sadomasochistic or violent content), (b)(6) (use of a computer), and (b)(7)(D) (600 images or over), are applied in the vast majority of cases sentenced under the guideline. (Data available at: http://www.ussc.gov/Data_and_Statistics/Federal_Sentencing_Statistics/Guideline_Application_Frequencies/2011/Use_of_Guidelines_and_Specific_Offense_Characteristics.pdf) These defendants receive non-government sponsored sentences below the guideline range at an even higher rate than other CHCI defendants. As judges and courts of appeals frequently find, these enhancements significantly increase the guideline range, apply in almost every case, and fail to distinguish between more and less culpable offenders.

The final tables show the number of defendants receiving various lengths of prison terms, including sentences that do not include a term of imprisonment. (Some of these sentences may have included alternative confinement, such as home confinement, as a condition of probation.) Tables are presented for defendants in each Criminal History Category, and for defendants in CHCI who receive various final offense levels. These data show that, while in FY2011 no defendants in a CHC greater than category I received sentences without imprisonment, some CHCI defendants with offense levels as high as 36 did receive sentences without imprisonment.

The data shown in these tables were extracted from the U.S. Sentencing Commission's 2011 Monitoring Dataset by Paul J. Hofer, Policy Analyst, Sentencing Resource Counsel Project, Federal Public and Community Defenders, and former Special Projects Director, U.S. Sentencing Commission. For a description of the Monitoring Datasets, see U.S. Sent'g Comm'n, Fifteen Years of Guideline Sentencing: An Assessment of How Well the Federal Criminal Justice System is Achieving the Goals of Sentencing Reform app. D at 1 (2004), and U.S. Sentencing Comm'n, 2010/2011 Guide to Publications and Resources 26-28 (2010). Although these particular analyses are not published by the Commission, the data underlying the tables are the same as the data used in the Commission's annual Sourcebook of Federal Sentencing Statistics. The data are publicly available at the Commission's website: http://www.ussc.gov/Research_and_Statistics/Datafiles/index.cfm. Using standard statistical software, such as SAS or SPSS, the Monitoring Dataset can be used to generate a wide variety of tables and graphs beyond those published by the Commission.

## Placement of Sentences Relative to Guideline Range
### All Defendants Combined

|  | Frequency | Percent |
|---|---|---|
| Within Range | 540 | 32.8 |
| Above Range | 24 | 1.5 |
| Gov-Spon Below | 290 | 17.6 |
| Non-Gov Sponsored Below | 791 | 48.1 |
| Total | 1645 | 100.0 |

## Placement of Sentences Relative to Guideline Range
### Defendants in Each Criminal History Category

|  |  | Placement of Sentences Relative to Guideline Range | | | | | | |
|---|---|---|---|---|---|---|---|---|
|  |  | 1 | 2 | 3 | 4 | 5 | 6 | Total |
| Within Range | Count | 384 | 63 | 57 | 16 | 8 | 6 | 534 |
|  | % | 28.6% | 50.8% | 53.8% | 53.3% | 53.3% | 66.7% | 32.8% |
| Above Range | Count | 15 | 2 | 2 | 3 | 2 | 0 | 24 |
|  | % | 1.1% | 1.6% | 1.9% | 10.0% | 13.3% | .0% | 1.5% |
| Gov-Spon Below | Count | 244 | 14 | 17 | 5 | 3 | 2 | 285 |
|  | % | 18.1% | 11.3% | 16.0% | 16.7% | 20.0% | 22.2% | 17.5% |
| Non-Gov Sponsored Below | Count | 702 | 45 | 30 | 6 | 2 | 1 | 786 |
|  | % | 52.2% | 36.3% | 28.3% | 20.0% | 13.3% | 11.1% | 48.3% |
| Total | Count | 1345 | 124 | 106 | 30 | 15 | 9 | 1629 |
|  | % | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |

**Position Relative to the Guideline Range**
**Defendants in CHCI Receiving the Four Most Common SOC Adjustments***

|  | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|
| Within Range | 222 | 26.4 | 26.4 | 26.4 |
| Above Range | 2 | .2 | .2 | 26.7 |
| Gov-Spon Below | 157 | 18.7 | 18.7 | 45.4 |
| Non-Gov Sponsored Below | 459 | 54.6 | 54.6 | 100.0 |
| Total | 840 | 100.0 | 100.0 | |

*Defendants received upward adjustments under 2G2.1(b)(2),(4),(6), and (7)(D);
Includes only defendants sentenced in 2011 under Guidelines Manual in effect later than FY2004

**Position Relative to the Guideline Range**
**Defendants in CHCI Receiving the Three Most Common SOC Adjustments***

|  | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|
| Within Range | 269 | 26.1 | 26.1 | 26.1 |
| Above Range | 3 | .3 | .3 | 26.4 |
| Gov-Spon Below | 195 | 18.9 | 18.9 | 45.3 |
| Non-Gov Sponsored Below | 564 | 54.7 | 54.7 | 100.0 |
| Total | 1031 | 100.0 | 100.0 | |

*Defendants received upward adjustments under 2G2.1(b)(2),(4),and (6);
Includes only defendants sentenced in 2011 under Guidelines Manual in effect later than FY2004

## Number of Defendants Receiving Sentences of Various Terms of Imprisonment
### Defendants in Each Criminal History Category

| Length of Prison Sentence Imposed | Criminal History Category | | | | | | Total |
|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | |
| **No imprisonment** | 14 | 0 | 0 | 0 | 0 | 0 | 14 |
| **Up to 6 months*** | 30 | 3 | 0 | 0 | 0 | 0 | 33 |
| **6 mos to 1 year** | 15 | 0 | 0 | 0 | 0 | 0 | 15 |
| **1 to 2 years** | 99 | 4 | 2 | 0 | 1 | 0 | 106 |
| **2 to 5 years** | 471 | 14 | 13 | 5 | 0 | 0 | 503 |
| **5 to 10 years** | 475 | 58 | 42 | 11 | 5 | 1 | 592 |
| **More than 10 years** | 253 | 46 | 50 | 15 | 10 | 8 | 382 |
| **Total** | 1357 | 125 | 107 | 31 | 16 | 9 | 1645 |

* Offenders sentenced at the upper cutoff points are included in the lower category, i.e. "Up to 6 months" includes 6 month sentences.

Case 4:11-cr-00101-BCW   Document 34-2   Filed 07/31/12   Page 4 of 5

# Number of CHCI Defendants Receiving Sentences of Various Terms of Imprisonment
## With Various Chapter 2 Offense Levels

| Length of Prison Sentence Imposed | Chapter 2 Offense Level including Base Offense Level and Specific Offense Adjustments | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 18 | 20 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 |
| No imprisonment | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 2 | 2 | 1 | 0 | 2 | 1 | 0 | 0 | 0 | 2 |
| Up to 6 months* | 0 | 2 | 3 | 0 | 1 | 1 | 1 | 3 | 1 | 1 | 2 | 12 | 1 | 1 | 0 | 1 | 0 |
| 6 mos to 1 year | 0 | 0 | 1 | 0 | 3 | 0 | 1 | 1 | 1 | 1 | 1 | 5 | 0 | 1 | 0 | 0 | 0 |
| 1 to 2 years | 1 | 4 | 8 | 0 | 14 | 6 | 7 | 5 | 8 | 6 | 2 | 26 | 3 | 6 | 0 | 1 | 1 |
| 2 to 5 years | 0 | 2 | 4 | 2 | 19 | 6 | 19 | 39 | 30 | 35 | 18 | 132 | 13 | 82 | 1 | 11 | 16 |
| 5 to 10 years | 0 | 0 | 0 | 1 | 3 | 3 | 0 | 5 | 4 | 22 | 14 | 81 | 19 | 129 | 16 | 20 | 32 |
| More than 10 years | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 2 | 2 | 12 | 0 | 19 | 14 |
| Total | 1 | 9 | 17 | 3 | 41 | 18 | 28 | 55 | 46 | 66 | 38 | 260 | 39 | 231 | 17 | 52 | 65 |

| Length of Prison Sentence Imposed | Chapter 2 Offense Level including Base Offense Level and Specific Offense Adjustments | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 37 | 38 | 39 | 40 | 41 | 42 | 43 | 44 | 45 | 46 | 47 |
| No imprisonment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Up to 6 months* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 mos to 1 year | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 to 2 years | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 to 5 years | 19 | 2 | 0 | 19 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| 5 to 10 years | 70 | 3 | 3 | 45 | 0 | 1 | 1 | 0 | 1 | 0 | 0 |
| Over 10 years | 53 | 19 | 4 | 81 | 5 | 20 | 0 | 1 | 16 | 1 | 1 |
| Total | 143 | 24 | 7 | 145 | 5 | 21 | 1 | 1 | 18 | 1 | 1 |

* Offenders sentenced at the upper cutoff points are included in the lower category, i.e. "Up to 6 months" includes 6 month sentences.

5