IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

MINUTE SHEET

**UNITED STATES OF AMERICA**　　　　　　　　Date:　8/6/2012

vs.　　　　　　　　　　　　　　　　　　　　Case No.: 11-00101-01-CR-W-BCW

**ANDREW M. JONES**

---

Honorable Brian C. Wimes, presiding at Kansas City, Missouri

Nature of Hearing:　Sentencing

Time Commenced:　9:14 a.m.　　　　　　　Time Terminated:　10:20 a.m.

---

APPEARANCES

**Plaintiff's counsel:**　　Brent Venneman, AUSA
**Defendant's counsel:**　Laine Cardarella, FPD
**Probation officer:**　　 Chi King for Dana Chance

---

9:14 a.m.　　PROCEEDINGS IN COURTROOM:　Above parties present. Counsel rely on their sentencing memorandums regarding objections but note objections do not affect the guideline range and the P.S.I.R. is adopted w/o change. Court asserts statutory guidelines. Counsel make sentence recommendations. Defendant's exhibits A & B admitted w/o objection. Government's exhibit No. 1 admitted and played for the Court. Defendant accorded allocution.

SENTENCE:　Defendant committed to custody of BOP for a period of 75 months on Count 2 of the Indictment; followed by 10 YEARS SUPERVISED RELEASE. FINE: waived; MSA: $100 (PAID). Standard/Additional Conditions of Supervision imposed. Defendant advised of right to appeal. Counts 1 & 3 dismissed. Defendant remanded to custody of USM.

---

**Court Reporter:**　　　Cynthia Johnson
**Courtroom Deputy:**　Joella Baldwin