# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

UNITED STATES OF AMERICA )
)
                           Plf )
)    Case Number   4:11-CR-00101-01-01-BCW
vs. )
)
ANDREW M. JONES, )
)
                          Dft

## GOVERNMENT'S
## (Sentencing)
## EXHIBIT INDEX

| | | | |
|---|---|---|---|
| ✓ = offered & admitted w/o objection | | Ltd = admitted for limited purposes | |
| Ex = offered, but objected to and excluded | | X = offered & admitted over objection | |
| DB = admitted, de bene | | NO = marked, but not offered | |
| | | WD = offered then withdrawn | |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1 | ✓ | 8/6/12 | 9:21 am | Disk with Child Pornography images/video from Jones' computer |
| 2 | | | | Transcript of Grand Jury testimony of FE Mark Johnson |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Page # __1__ I CERTIFY that I have this date ___8/6/12_____ received from the Clerk, U.S. District Court, Western District of Missouri, the following numbered exhibits for which I will hold myself responsible:

_____          __/s/Katharine Fincham_____
Name                                     Signature