# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

UNITED STATES OF AMERICA      )
                                 )

                  Plf       )
                                 )    Case Number   4:11-CR-00101-01-01-BCW

vs.                            )
                                 )

ANDREW M. JONES,            )
                                 )

                  Dft

## DEFENDANT'S
## (Sentencing)
## EXHIBIT INDEX

| ✓ | = offered & admitted w/o objection | | Ltd | = admitted for limited purposes |
| Ex | = offered, but objected to and excluded | | X | = offered & admitted over objection |
| DB | = admitted, de bene | | NO | = marked, but not offered |
| | | | WD | = offered then withdrawn |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| A | ✓ | 8/6/12 | 9:17 am | Letter from Carol Jones |
| B | ✓ | 8/6/12 | 9:17 am | Letter from Matthew Jones |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Page #  __1__  I CERTIFY that I have this date  __8/6/12_____  received from the Clerk, U.S. District Court, Western District of Missouri, the following numbered exhibits for which I will hold myself responsible:

_____       /s/Laine Cardarella_____

Name                                         Signature